```
        UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 05 B 08052
   ROBERTA M BEAUCHAMP
                                                CHAPTER 13

                                                JUDGE: MANUEL BARBOSA

          Debtor
     SSN XXX-XX-9672
```

---
                          TRUSTEE'S FINAL REPORT AND ACCOUNT
---

    Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 03/07/05 and confirmed on 06/07/05.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  10378.80 .

   4.  The Trustee made disbursements to creditors as follows:

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| GREENWICH FINANCE | SECURED | 2900.00 | 261.55 | 2900.00 |
| INTERNAL REVENUE SERVICE | PRIORITY | 3347.74 | .00 | 3347.74 |
| ADVOCATE HEALTHCARE | UNSECURED | NOT FILED | .00 | .00 |
| THE MUSIC AND ARTS CENTE | UNSECURED | 709.00 | .00 | 70.90 |
| AXCESS RCVRY & CREDIT SO | UNSECURED | 174.00 | .00 | 17.40 |
| CITY OF AURORA | UNSECURED | 705.00 | .00 | 70.50 |
| SCOTT L SOMMERS | UNSECURED | 426.40 | .00 | 42.64 |
| DREYER MEDICAL CLINIC | UNSECURED | 273.00 | .00 | 27.30 |
| DUPAGE RADIOLOGISTS | UNSECURED | NOT FILED | .00 | .00 |
| ENTERPRISE LEASING CO | UNSECURED | 482.45 | .00 | 48.25 |
| FOX METRO WATER REC DIST | UNSECURED | NOT FILED | .00 | .00 |
| GREENWICH FINANCE | UNSECURED | NOT FILED | .00 | .00 |
| GORDON HUGHES | FILED LATE | .00 | .00 | .00 |
| METRO TELECONNECT CO | UNSECURED | NOT FILED | .00 | .00 |
| PAYDAY LOAN STORE | UNSECURED | NOT FILED | .00 | .00 |
| PROVENA MERCY CENTER | UNSECURED | NOT FILED | .00 | .00 |
| TCF NATIONAL BANK | UNSECURED | NOT FILED | .00 | .00 |
| TRS RECOVERY SERVICES | UNSECURED | NOT FILED | .00 | .00 |
| WASTE MANAGEMENT NORTH | UNSECURED | NOT FILED | .00 | .00 |
| WAUBONSEE COMMUNITY COLL | UNSECURED | NOT FILED | .00 | .00 |

| CREDITOR NAME | CLASS | CLAIM AMOUNT | INTEREST PAID | PRINCIPAL PAID |
|---|---|---:|---:|---:|
| INTERNAL REVENUE SERVICE | UNSECURED | 202.98 | .00 | 20.30 |
| FGNY | UNSECURED | 6953.89 | .00 | 695.39 |
| ROUNDUP FUNDING LLC | UNSECURED | 657.47 | .00 | 65.75 |

          Summary of disbursements:
---

|  | SECURED | PRIORITY | UNSECURED | OTHER | TOTAL |
|---|---|---|---|---|---|

---

```
TOTAL CLMS ALLOWED       2900.00        3347.74       10584.19           .00      16831.93
PRINCIPAL PAID           2900.00        3347.74        1058.43           .00       7306.17
INTEREST PAID             261.55             .00            .00           .00        261.55
TOTAL PAID               3161.55        3347.74        1058.43           .00       7567.72
```

The Debtor's attorney, FOX VALLEY LEGAL GROUP          , was allowed $   2200.00 and was paid $    2200.00 .

The Trustee received $     455.91 .

Refunds to the Debtor totaled $     155.17 .

    Wherefore, the Trustee requests an order be entered discharging the Trustee and the surety on his bond from any further liability in this case.


Dated: 03/13/09                         /S/
                                        GLENN STEARNS
                                        CHAPTER 13 TRUSTEE